UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROGER OSORIO, Individually and as Parent and Next Friend of JOB DAVID OSORIO, a minor,<br>    Plaintiff<br><br>Vs.<br><br>WYNDHAM INTERNATIONAL, INC. AND PATRIOT AMERICAN HOSPITALITY, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **04 10901 MEL** |

### NOTICE OF APPEARANCE

Please enter my appearance for the defendants, Wyndham International, Inc. and Patriot American Hospitality, Inc., in the above-entitled matter.

*/s/ Edward B. McGrath*
THOMAS B. FARREY, III/BBO159880
EDWARD B. McGRATH/BBO547171
Burns & Farrey
150 Federal Street
Boston, MA  02110
Tel. 617/439-4750

### CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, III AND/OR EDWARD B. McGRATH, hereby certify that I have this date mailed a copy of the within document, postage prepaid, to Corey C. Shaw, Esquire, 1 Foxhill Drive, Suite 110, Walpole, MA, 02081.

DATED:   May 6, 2004

*/s/ Edward B. McGrath*
THOMAS B. FARREY, III
EDWARD B. MCGRATH

WI13.cg