UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROGER OSORIO, Individually and as Parent and Next Friend of JOB DAVID OSORIO, a minor,<br>   Plaintiff<br><br>Vs.<br><br>WYNDHAM INTERNATIONAL, INC. AND PATRIOT AMERICAN HOSPITALITY, INC.,<br>   Defendants\Third Party Plaintiffs<br><br>Vs.<br><br>LINEZK MADURO,<br>   Third Party Defendant | CIVIL ACTION NO.: 04-10901MEL |

## DEFENDANTS WYNDHAM INTERNATIONAL, INC. AND PATRIORT AMERICAN HOSPITALITY, INC.'S THIRD PARTY COMPLAINT AND JURY CLAIM

### PARTIES

1. The plaintiff Roger Osorio has named the defendants/third party plaintiffs in the above captioned action and seeks a recovery of the defendants\third party plaintiffs individually and as parent and next friend of Job Osorio. A copy of the complaint is attached hereto and marked "A".

2. The plaintiff is a resident of Orlando, Florida.

3. The defendant\third party plaintiff Wyndham International, Inc. is a corporation duly organized under the laws of the State of Delaware and has a principle place of business in Dallas, Texas.

4. The defendant\third party plaintiff Patriot American Hospitality, Inc. is a corporation organized under the laws of the State of Delaware and has a principle place of business in Dallas, Texas.

5. The third party defendant Linezk Maduro is a natural person with a residence in Orlando, Florida.

### COUNT I
### CONTRIBUTION

6. If the minor plaintiff Job Osorio was injured as alleged, a fact which the defendants\third party plaintiffs specifically deny, then his injuries were caused in whole or in part by the negligence of the third party defendant and, therefore, the third party defendant is liable in whole or in part for any judgment entered against the defendants\third party plaintiffs.

WHEREFORE, the defendants\third party plaintiffs respectfully ask this Honorable Court to enter judgment against the third party defendant and award the defendants\third party plaintiffs their attorneys' fees, costs, and any other relief this Honorable Court deems appropriate.

### COUNT II
### INDEMNITY

7. If the minor plaintiff, Job Osorio, was injured as alleged, a fact which the defendants\third party plaintiffs specifically deny, then the negligence of third party defendant was the sole proximate cause of his injuries and, therefore, the third party defendant is liable for those injuries

WHEREFORE, the defendants\third party plaintiffs respectfully ask this Honorable Court to enter judgment against the third party defendant and award the defendants\third party plaintiffs their attorneys' fees, costs, and any other relief this Honorable Court deems appropriate.

**THE DEFENDANTS CLAIM A TRIAL BY JURY ON ALL ISSUES**

_____
THOMAS B. FARREY, III/#159880
EDWARD B. McGRATH/#547171
Burns & Farrey
150 Federal Street
Boston, MA 02110
Tel. 617/439-4750

### CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, III AND/OR EDWARD B. McGRATH, hereby certify that I have this date mailed a copy of the within document, postage prepaid, to Corey C. Shaw, Esquire, 1 Foxhill Drive, Suite 110, Walpole, MA, 02081.

DATED: 5/14/04

_____
THOMAS B. FARREY, III
EDWARD B. McGRATH

Y:\Wi-13\3rdpartycomplaint.doc