UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10901 MEL

---

ROGER OSORIO, Individually and )
as Parent, Guardian and Next Friend )
of JOB DAVID OSORIO, a minor, )
)
       Plaintiff, )
v. )
)
WYNDHAM INTERNATIONAL, )
INC. and PATRIOT AMERICAN )
HOSPITALITY, INC., )
)
       Defendants, )

---

### PLAINTIFF ROGER OSORIO'S ANSWER TO DEFENDANTS' COUNTERCLAIM FOR CONTRIBUTION/INDEMNITY

Now comes the Plaintiff Roger Osorio and hereby responds to the defendant's counterclaim for contribution/indemnity as follows:

1) The plaintiff admits the allegations set forth in paragraph (1) of the counterclaim.

2) The plaintiff denies the allegations in paragraph (2) of the counterclaim.

3) The plaintiff denies the allegations set forth in paragraph (3) of the counterclaim.

**WHEREFORE,** the Plaintiff/Defendant in Counterclaim Roger Osorio hereby demands that the Defendant's Counterclaim be dismissed with prejudice, that judgment be entered in his favor and that he be awarded the attorney's fees, costs and expenses incurred in the defense thereof.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Plaintiffs in Counterclaim are barred from any recovery against the Defendant in Counterclaim because the counterclaim fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiffs in Counterclaim are barred from any recovery against the Defendant in Counterclaim because the injuries sustained by Job David Osorio were caused in whole or in part by the defendant's own acts or omissions.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiffs in Counterclaim are barred from any recovery against the Defendant in Counterclaim because the counterclaim was omitted from their original responsive pleading and is, therefore, waived pursuant to FRCP Rule 13.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiffs in Counterclaim are barred from any recovery against the Defendant in Counterclaim because they failed to set up the counterclaim in their original responsive pleading and, pursuant to FRCP Rule 13(f), a counterclaim may not be set up by amendment without leave of court.

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiffs in Counterclaim are barred by their own negligence from any recovery in indemnity against the Defendant in Counterclaim.

### SIXTH AFFIRMATIVE DEFENSE

The Plaintiffs in Counterclaim are barred from any contribution from the Defendant in Counterclaim as he was not negligent and is not, therefore, jointly liable for the injuries to his son.

**WHEREFORE,** the Plaintiff/Defendant in Counterclaim Roger Osorio hereby demands that the Defendant's Counterclaim be dismissed with prejudice, that judgment be entered in his favor and that he be awarded the attorney's fees, costs and expenses incurred in the defense thereof.

### JURY CLAIM

Plaintiff/Defendant in Counterclaim Roger Osorio demands a trial by jury on the Counterclaim.

Roger Osorio,
Plaintiff,

By his attorney,

Corey C. Shaw
One Foxhill Drive, Suite 110
Walpole, MA  02081
(508) 660-2772
B.B.O. #455340

## CERTIFICATE OF SERVICE

    I, Corey C. Shaw, counsel for the plaintiff, hereby certify that a copy of the foregoing was serviced upon the defendants' attorney by first class mail, postage prepaid on May 24, 2004 at the following address:

    Thomas B. Farrey, III
    Edward B. McGrath
    Burns & Farrey
    150 Federal Street
    Boston, MA  02110

                                                        Corey C. Shaw