UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN 24  A 11: 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

---

ROGER OSORIO, Individually and as )
Parent and Next Friend of JOB DAVID )
OSORIO, a minor, )
        Plaintiff, )
)
v. )   CIVIL ACTION NO.: 04-10901-MEL
)
WYNDHAM INTERNATIONAL, INC., )
AND PATRIOT AMERICAN )
HOSPITALITY, INC., )
        Defendants, )

---

## JOINT LOCAL RULE 16.1 STATEMENT

The parties in this action by and through their counsel hereby submit the following Joint Statement pursuant to Local Rule 16.1 and the Court order of May 14, 2004.

### PROPOSED AGENDA FOR SCHEDULING CONFERENCE

1) Pre-Trial Schedule (see joint proposal set forth below).

2) Hearing on defendants' Assented Motion to Amend Answer to Add Counterclaim, a copy of which is attached hereto.

### INITIAL POSITION OF THE PARTIES

Plaintiff alleges that, as the result of dangerous, unsafe and defective conditions existing on the defendants' premises, the Summerfield Suites located at 54 Fourth Avenue in Waltham, Massachusetts, and inadequate warning thereof, the Plaintiff's son was caused to fall from a third floor window. The defendants have answered and denied any liability. The defendants are seeking leave to amend the answer to add a counterclaim.

## PROPOSED SCHEDULE OF DISCOVERY/DISPOSITIVE MOTIONS

The parties propose the following discovery and dispositive motion schedule:

1) <u>Automatic Discovery</u>:

   The parties shall exchange automatic discovery pursuant to Local Rule 26.2(A) and Fed. R. Civ. P. 26(a)(1) by July 30, 2004.

2) <u>Written Discovery</u>:

   The parties will propound written discovery before October 1, 2004. The parties will respond to written discovery within 45 days of service thereof.

3) <u>Fact Witness Depositions</u>:

   The parties shall depose all fact witnesses by May 1, 2005.

4) <u>Expert Witness Designation:</u>

   Pursuant to Fed. R. Civ. P. 26(a)(2)(B), the Plaintiff will designate all trial experts and provide expert witness disclosures by July 1, 2005.

   The defendants will designate all trial experts and provide expert witness disclosures by August 1, 2005.

5) <u>Dispositive Motion</u>:

   The parties shall file any dispositive or other motions by September 1, 2005.

6) <u>Hearings, Pre-Trial Conference, Trial Date:</u>

   To be scheduled by the Court.

## MAGISTRATE JUDGE

The parties are presently considering whether they will consent to trial by magistrate judge.

## CERTIFICATIONS

Undersigned counsel hereby certify that each has conferred with their respective clients concerning litigation budgets and alternative dispute resolution and the executed certifications have been separately submitted.

For the Plaintiffs:

*[signature]*

Corey C. Shaw
B.B.O. #455340
Law Offices of Corey C. Shaw
One Foxhill Dr., Suite 110
Walpole, MA  02081
(508) 660-2772

For the Defendants:

*[signature]* (ccs)

Edward B. McGrath
B.B.O. #547171
Burns & Farrey
150 Federal Street
Boston, MA  02110
(617) 439-4750

Gerald F. Blair
B.B.O. #044760
Law Office of Gerald F. Blair
One Foxhill Dr., Suite 110
Walpole, MA  02081
(508) 660-9599