UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10901MEL

FILED
2004 JUN 28 P 2: 54
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ROGER OSORIO, INDIVIDUALLY and As parent and next friend of JOB OSORIO<br>Plaintiff | )<br>)<br>)<br>) |
| vs. | )<br>) |
| WYNDHAM INTERNATIONAL, INC. and PATRIOT AMERICAN HOSPITALITY, INC.,<br>Defendants\Third Party Defendants | )<br>)<br>)<br>)<br>) |
| vs. | )<br>) |
| LINEZK MADURO<br>Third Party Defendant | )<br>) |

## DEFENDANTS' ASSENTED TO MOTION FOR LEAVE TO AMEND THEIR ANSWER TO ADD A COUNTERCLAIM

Now come the defendants and move this Honorable Court for Leave to Amend Their Answer to Add a counterclaim. This motion was brought pursuant to F.R.C.P. 15 and 13.

As reasons for this motion the defendants state as follows:

1. The plaintiffs filed the above named action in Middlesex Superior Court on April 19, 2004.

2. On May 6, 2004, the defendants filed their answer and notice of removal to this Honorable Court.

3. After obtaining and reading a copy of the police report prepared as a result of the incident which gives rise to this incident, the defendants filed an amended answer containing a counterclaim. At the same time defendants' filed a third party complaint.

4. The defendant took steps to amend the answer, but did not file a motion to amend their answer as the defendants' attorney believed that the amendment was one that the defendants were entitled to as a matter or right.

5. In preparing his answer to counterclaim the plaintiff\defendant-in-counterclaim has raised F.R.C.P. 13(g) and, in order to avoid an unnecessary dispute over this issue, the defendants have prepared the instant motion.

6. No party will be unfairly prejudiced by the allowance of this motion and, in fact, the plaintiff\defendant-in-counterclaim has assented to it.

-2-

WHEREFORE, the defendants respectfully ask that this Honorable Court allow their motion to amend their answer to the complaint and to treat the amended answer with counterclaim filed on or about May 14, 2004 as properly filed.

*[signature]*
THOMAS B. FARREY, III/#159880
EDWARD B. McGRATH/#547171
Burns & Farrey
Attorneys for Defendants
150 Federal Street
Boston, MA  02110
Tel. 617/439-4750

**ASSENTED TO:**

*[signature]*
Corey C. Shaw\#455346
Attorney for the Plaintiff
1 Foxhill Drive, Suite 110
Walpole, MA, 02081

## CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, III AND/OR EDWARD B. McGRATH, hereby certify that I have this date mailed a copy of the within document, postage prepaid, to Corey C. Shaw, Esquire, 1 Foxhill Drive, Suite 110, Walpole, MA, 02081.

DATED: 6/22/04

*[signature]*
THOMAS B. FARREY, III
EDWARD B. McGRATH

\\BF01\CPSHARE\CPWin\History\040611A\396.0F\#15