*filed in open court 6/30/04*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10901MEL

| | |
|---|---|
| ROGER OSORIO, INDIVIDUALLY and As parent and next friend of JOB OSORIO<br>Plaintiff | )<br>)<br>)<br>) |
| vs. | )   **CERTIFICATION** |
| WYNDHAM INTERNATIONAL, INC. and PATRIOT AMERICAN HOSPITALITY, INC.,<br>Defendants\Third Party Defendants | )<br>)<br>)<br>) |
| vs. | ) |
| LINEZK MADURO<br>Third Party Defendant | )<br>) |

We hereby certify that we have discussed the above action with a view to establishing a budget for the costs of conducting a full course - and various alternative courses - of the litigation and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 of the Local Rules of the United States District Court for the District of Massachusetts.

_____
THOMAS B. FARREY, III/#159880
EDWARD B. MCGRATH/#547171
Burns & Farrey
150 Federal Street
Boston, MA  02110
Tel.  617/439-4758

_____
TOM CASKEY
For Crawford & Company

RECEIVED
JUN 0 2 2004
CRAWFORD & CO

\\BF01\CPSHARE\CPWin\History\040520A\396.06

# BURNS & FARREY
### COUNSELORS AT LAW

150 FEDERAL STREET • BOSTON, MASSACHUSETTS 02110
TELEPHONE: (617) 439-4758   FAX: (617) 439-4148

THOMAS B. FARREY, III ◊
EDWARD B. McGRATH
JAMES T. HUGGARD ◊ ♦
BROOKE P. SELIGER ♦
THOMAS P. BRADY
JAMES P. McLARNON, JR.
FRANCIS J. DUGGAN
RICHARD E. McCUE
JEFFREY A. FISHMAN
FRANK S. PUCCIO, JR.
KATHRYN A. TOOMEY
DAVID A. OLIPHANT

(email: cmcgrath@burnsandfarrey.com)

WORCESTER OFFICE:
446 MAIN STREET
WORCESTER, MA 01608-2302
TELEPHONE: (508) 756-6288
FAX: (508) 831-9769

PROVIDENCE OFFICE:
10 WEYBOSSET STREET
PROVIDENCE, RI 02903
TELEPHONE: (401) 621-7286
FAX: (401) 621-7348

JOHN C. BURNS (1952-1984)

◊ ALSO ADMITTED IN RHODE ISLAND
♦ ALSO ADMITTED IN NEW YORK

PLEASE RESPOND TO
BOSTON OFFICE

June 30, 2004

Clerk's Office-Civil
United States District Court
1 Courthouse Way
Boston, MA  02210

Re:   Roger Osorio, Individually and as Parent and Guardian of Job Osorio
      vs. Wyndham International, Inc. and Patriot American Hospitality, Inc.
      United States District Court Civil Action No.: 04-10901MEL
      B & F No.: WI-13

Dear Sir/Madam:

Enclosed please find Defendant's Certification with respect to the above.

Please file the enclosed.

Thank you.

Sincerely,
BURNS & FARREY

BY: *[signature]*
EDWARD B. McGRATH

EBM:ke
Enclosure
cc:   Corey C. Shaw, Esquire
      Bruce Dick
      Tom Caskey\#02305-00014142
Y:\Wi-13\clerklet.doc