# United States District Court

**DISTRICT OF MASSACHUSETTS**

75945

**PLAINTIFF**
ROGER OSORIO, INDIVIDUALLY AND AS PARENT, GUARDIAN AND NEXT FRIEND TO JOB OSORIO

**V. DEFENDANT AND THIRD PARTY PLAINTIFF**
WYNDHAM INTERNATIONAL, INC. AND PATRIOT AMERICAN HOSPITALITY, INC.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

**CASE NUMBER:** 04.10901 MEL

**V. THIRD PARTY DEFENDANT**
LINEZK MADURO

**TO:** (Name and address of Third Party defendant)

LINEZK MADURO, 1811 WHITE HERON BAY CIRCLE, ORLANDO, FL 32824-5657

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

OUT OF STATE
TOTAL                $35.00
CHECK                 35.00
08 5573 D-ID 002  0001-001  9:54AM 9/14/04

**PLAINTIFF'S ATTORNEY** (name and address)
COREY C. SHAW, ESQ.
ONE FOXHILL DRIVE, SUITE 110
WALPOLE, MA 02081

**DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY** (name and address)
EDWARD B. McGRATH, ESQ.
BURNS & FARREY
150 FEDERAL STREET, 26TH FLOOR
BOSTON, MA 02110

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

TONY ANASTAS
**CLERK**

**DATE** 8-18-04

**(BY) DEPUTY CLERK**

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 9/16/04 |
| NAME OF SERVER Mary Betham | TITLE CPS |

Check one box below to indicate appropriate method of service

☑ Served personally upon the third-party defendant. Place where served: Linez K Madura
1811 White Heron Bay Circle

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/16/04
          Date

Signature of Server: Mary Betham

Address of Server: 425 N Orange Ave Orlando FL

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.