UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10901MEL

| | |
|---|---|
| ROGER OSORIO, INDIVIDUALLY AND AS PARENT, GUARDIAN AND NEXT FRIEND TO JOB OSORIO<br>    Plaintiff | )<br>)<br>)<br>)<br>) |
| Vs. | )<br>) |
| WYNDHAM INTERNATIONAL, INC. AND PATRIOT AMERICAN HOSPITALITY INC.<br>    Defendant\Third Party Plaintiff | )<br>)<br>)<br>)<br>) |
| Vs. | )<br>) |
| LINEZK MADURO<br>    Third Party Defendant | )<br>) |

## DEFENDANTS, WYNDHAM INTERNATIONAL, INC. AND PATRIOT AMERICAN HOSPITALITY INC.'S MOTION TO COMPEL MEDICAL RECORDS OF THE PLAINTIFF, JOB OSORIO

Now come the defendants, Wyndham International, Inc. and Patriot American Hospitality, Inc. in the above referenced matter and respectfully request this Honorable Court to Order the Keeper of Records of the **Children's Orthopaedic Surgery Foundation, 300 Longwood Avenue, Boston, MA 02115**, to produce a complete copy of the entire medical record and/or medical bills relating to treatment rendered to **Job David Osario, 1811 White Heron Bay Circle, Orlando, FL 32824; Date of Birth: 7/1/2000; Medical Record No.: 2208881**, the plaintiff in the above referenced matter.

As grounds therefore, the defendants state as follows:

1. This tort action arises out of an accident that occurred on or about June 2, 2002, in Waltham, MA. The plaintiff, Job David Osario, alleges to have suffered serious and permanent injuries as a result of the accident.

2. In the plaintiff's automatic disclosure, , the plaintiff provided information that he treated at Children's Orthopaedic Surgery Foundation as a result of the accident (See Medical Record report dated March 21, 2003 and attached hereto and marked "A").

3. Counsel for the defendants, Wyndham International, Inc. and Patriot American Hospitality, Inc. forwarded to the plaintiff's attorney a Medical Release for said records pursuant to HIPPA on three (3) separate occasions. However, counsel for the defendants received correspondence from plaintiff's attorney on November 9, 2004 indicating that his client would not release any medical records. (See correspondence of Corey Shaw, Esq., dated November 9, 2004, attached hereto and marked "B");

4. The plaintiff has put his medical condition at issue and, further, indicated that he treated with the Children's Orthopaedic Surgery Foundation as a result of the accident. Therefore, Children's Orthopaedic Surgery Foundation's records are not only relevant but vital to the evaluation and defense of this matter and must be produced.

WHEREFORE, for the reasons stated above, the defendants respectfully requests this Honorable Court to grant this motion for a Court Order requiring the Keeper of Records of the Children's Orthopaedic Surgery Foundation to produce any and all medical records relating to treatment rendered to the plaintiff, Job David Osorio.

A proposed order is submitted herewith.

Wyndham International, Inc. and
Patriot American Hospitality, Inc.
By Their Attorney,

_____
THOMAS B. FARREY, III/#159880
EDWARD B. McGRATH/#547171
Burns & Farrey
150 Federal Street
Boston, MA 02110
Tel. 617/439-4758

### CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, III AND/OR EDWARD B. McGRATH, hereby certify that I have this date mailed a copy of the within document, by first class mail, postage prepaid, to **Corey C. Shaw, Esquire, One Foxhill Drive, Suite 110, Walpole, MA 02081**

Dated: 12/30/04

_____
THOMAS B. FARREY, III
EDWARD B. McGRATH

\\BF01\CPSHARE\CPWin\History\041123A\396.41\#65