# CHILDREN'S ORTHOPAEDIC SURGERY FOUNDATION
a non-profit corporation

 CHILDREN'S HOSPITAL BOSTON      HARVARD MEDICAL SCHOOL

Referring MD Line
617-355-4774

Patient Appointment Line
617-355-6021

Staff & Academic Phone Lines

James R. Kasser, MD, Chief
617-355-6617

John B. Emans, MD
617-355-7132

Mark C. Gebhardt, MD
617-355-7409

Peter G. Gerbino II, MD
617-355-8909

John E. Hall, MD
617-355-7132

Daniel Hedequist, MD
617-355-7409

M. Timothy Hresko, MD
617-355-4849

Lawrence I. Karlin, MD
617-355-7132

Young-Jo Kim, MD, PhD
617-355-7132

Mininder Kocher, MD, MPH
617-355-4849

Lyle J. Micheli, MD
617-355-6934

Michael B. Millis, MD
617-355-6773

Brian Snyder, MD, PhD
617-355-7409

Peter M. Waters, MD
617-355-4849

Seymour Zimbler, MD
617-355-2411

Fax: 617-738-1336

Practice Administrator
James Cote
617-355-2349

March 21, 2003

Attorney Corey C. Shaw
Law Offices of Corey C. Shaw
One Foxhill Drive, Suite 110
Walpole, MA 02081

**RE: Job David Osorio**
  **D.O.B.: 7/1/00**
  **Children's Hospital Medical Record Number: 2208881**

Dear Attorney Shaw,

This is a narrative medical report regarding Job David Osorio.

Job was a 17-month-old male child who was playing and apparently fell out of a third story window on June 2, 2002. Emergency medical services evaluated him at the site of injury with an obvious femur fracture and transported him to the Boston Children's Hospital emergency room. Dr. Mark Waltzman saw him there on June 2, 2002. He had a trauma work up which revealed a mid-shaft femur fracture with two centimeters of shortening on the left. He had a general surgery trauma consultation and was admitted to the orthopaedic service for management. I took him to the operating room on June 2, 2002 and performed a closed reduction of the left femur fracture with spica casting under general anesthetic. He subsequently was discharged from the hospital. He was discharged home with specialized equipment and services to care for a child with a spica cast. My colleague, Peter Waters, saw him on follow up on June 10, 2002 in the orthopaedic clinic. The fracture had moved into a vans angulation of 20 degrees. Because of this move to mal-angulation, he was taken back to the OR on June 11, 2002 where he underwent re-reduction and manipulation of the fracture with application of a new spica cast. He was again discharged from the hospital at that time. He followed up with me on June 24, 2002 in the orthopaedic clinic. X-rays at that time showed excellent alignment with 1.5 centimeters of shortening of his fracture. He was maintained in his spica cast. I then saw him on July 22, 2002. At this point x-rays showed healing and appropriate alignment and he was advanced out of his spica cast. I last saw him on

October 14, 2002 for a follow up check. He was walking well with a normal gait. He had a half-inch left less than right leg length discrepancy and x-rays show a healed fracture with remodeling. My plan is to see him back in twelve months with repeat x-rays of his femur in a scanogram.

It is my opinion, to a reasonable degree of medical certainty that his femur fracture was directly caused by his fall from the third floor window.

In terms of the care needed for his treatment, he was managed with a spica cast. This requires a great amount of care from the family in terms of the child not being able to walk or move with the spica cast. The child must be transported and cared for. Cast care is necessary to prevent soiling of the cast. Full diapering and hygiene is necessary. Sponge baths are necessary. Often special car seats and special wheelchairs are necessary to transport the child. In addition, he likely had pain during the first few weeks in the spica cast as the fracture was healing.

In terms of temporary or permanent total or partial disability, there are no cosmetic issues or incision issues as his surgery did not involve a skin incision. At his age, some children may remember the fall and fracture and thus have some psychological issues in terms of fear and nightmares. In terms of his fracture, it is well healed. The alignment of the fracture is good. He does have half inch shortening of the left femur compared to the right femur. This may be permanent or there may be overgrowth of the left femur with continued growth. It is unknown whether his leg length discrepancy will resolve until his follow up in October 2003 with x-rays and scanogram. If he is left with a half-inch leg length discrepancy, then he will likely have to use a half-inch lift in his shoe on the left side to prevent imbalance of his pelvis. There usually is no surgical treatment required for discrepancies under one inch. I think it is very unlikely that his leg length discrepancy will get bigger. I think there is approximately a fifty percent chance that his leg length discrepancy will get smaller since the left fracture femur may overgrow. After a femur fracture, there is injury to the muscles around the femur there can be weakness of the quadriceps and hamstrings for up to one to two years from the

fracture. This may limit his participation in high level sports and athletics. This is likely to resolve over time. Because his fracture is healed, I think it unlikely that he has pain related to his fracture. Some patients, after any fracture, report some pain and swelling with weather changes and much activity. His half-inch leg length discrepancy does cause a gait disturbance. It also causes a pelvic imbalance and obliquity that can result in hip or back pain. Again, I do not think his leg length discrepancy is at this point a medical end result and it remains to be seen whether the left femur will overgrow this leg length discrepancy decrease.

Please feel free to contact this office for any other information.

Sincerely,

*[signature]*

Mininder S. Kocher, M.D., M.P.H.
Attending Orthopaedic Surgeon


MSK/jr

Enclosed: Copies of all visit notes
Emergency room notes
Operative notes
Radiology notes

# Children's Hospital
300 Longwood Avenue, Boston, MA 02115

Telephone (617) 355-6000

## ORTHOPAEDICS/MAIN

PATIENT NAME:      OSORIO, JOB
MEDICAL RECORD#    220-88-81
DATE OF BIRTH:     07/01/00
DATE OF VISIT:     06/02/02

ATTENDING: PETER WATERS, M.D.

DIAGNOSIS: Left femur fracture.

PRINCIPAL PROCEDURE: Closed reduction and spica cast placement of a left femur fracture.

HISTORY: Job was a 2-year-old who underwent a closed reduction and spica casting of a left femur fracture by Dr. Kocher on 6/2/02. He comes back in for his first follow up visit. The parents report he has been quite active in his cast in terms of kicking his right leg vigorously as much as possible. He does not seem to be in any pain.

PHYSICAL EXAMINATION: Shows a 1 1/2 spica cast with no areas of constriction or skin erythema. X-rays AP and lateral of the right femur in the spica cast show there is approximately 1 1/2 cm of shortening of the femur fracture. There is bayonet apposition on the AP view with approximately 20 degrees of varus angulation of the fracture site.

IMPRESSION AND PLAN: Job is a 2-year-old with a femur fracture which has moved into varus angulation since the casting one week ago. We have discussed with the parents that although there is some remodeling that will hapen, we are worried about this fracture and it continuing to move further into angulation. We would like to schedule him for a closed reduction and repeat spica cast placement to be done in the next few days. At the next casting, we will probably exend the length of the spica cast on the right leg in order to prevent some of the motion that appears to have occurred.

Authenticated by the electronic signature of
PETER WATERS, M.D.    on    06/24/02

ORIGINATED BY:   Lauren Adey
DATE ORIGINATED:    06/10/02

Page 1

# Children's Hospital
300 Longwood Avenue, Boston, MA 02115

Telephone (617) 355-6000

## ORTHOPAEDIC FOUNDATION/MAIN

PATIENT NAME: OSORIO, JOB
MEDICAL RECORD#: 220-88-81
DATE OF BIRTH: 07/01/00
DATE OF VISIT: 06/24/02

ATTENDING: Mininder S. Kocher, MD

DOB:07/01/2000 Job is now two weeks status post closed reduction and application of spica cast. He had a midshaft femur fracture initially treated with closed reduction and spica casting. He had some displacement and required repeat closed reduction on 06/11/02. He now presents two weeks after that. He has been in a spica cast without difficulties. Mom states that he has been doing very well. His pain is well controlled.

On examination, the spica cast seems to be fitting very well and there is no breakdown.

X-rays show the fracture in excellent alignment. He does have 1 1/2 cm of shortening.

Assessment and Plan: Job is doing very well. The shortening that we see on x-ray should resolve very well as he overgrows. We will see him again in a few weeks for repeat evaluation with AP and lateral of his left femur.

Authenticated by the electronic signature of
Mininder S. Kocher, MD       on    07/09/02

ORIGINATED BY: Robert Parisien
DATE ORIGINATED: 06/24/02

# Children's Hospital
300 Longwood Avenue, Boston, MA 02115                                   Telephone (617) 355-6000

## ORTHOPAEDIC FOUNDATION/MAIN

PATIENT NAME:          OSORIO, JOB
MEDICAL RECORD#:       220-88-81
DATE OF BIRTH:         07/01/00
DATE OF VISIT:         07/22/02

ATTENDING: Mininder S. Kocher, MD

DOB:07/01/2000 Identification: femur fracture status post repeat closed reduction 6/11/2002.

History of Present Illness: Job is now 6 weeks from his femur fracture. Spica cast.

On physical exam he is minimally tender.

X-rays show healing in appropriate alignment.

Assessment and Plan: femur fracture. I will advance him out of his cast. He will follow up with AP and lateral x-rays of his femur.

Authenticated by the electronic signature of
Mininder S. Kocher, MD          on     08/08/02    .

ORIGINATED BY:   Mininder Kocher
DATE ORIGINATED:   07/22/02

# Children's Hospital
300 Longwood Avenue, Boston, MA 02115                                          Telephone (617) 355-6000

## ORTHOPAEDIC FOUNDATION/MAIN

PATIENT NAME:       OSORIO, JOB
MEDICAL RECORD#     220-88-81
DATE OF BIRTH:      07/01/00
DATE OF VISIT:      10/14/02

ATTENDING: Mininder S. Kocher, MD

DOB:07/01/2000 Identification: femur fracture status post repeat closed reduction 6/11/2002.

History of Present Illness: Job presents for follow up. I advanced him out of his cast on 7/22/2002. He is doing very well.

On physical exam he has a normal gait. Leg lengths show 1/2" leg length discrepancy left less than right.

X-rays show abundant healing with remodeling.

Assessment and Plan: femur fracture. I will see him back in 12 months with AP and lateral x-rays of his femur and scanogram.

cc:  Dr. Ramon Pineda     320 West Oak Street     Kissimmee, FL 34741


Authenticated by the electronic signature of
Mininder S. Kocher, MD           on     10/29/02     .

ORIGINATED BY:   Mininder Kocher
DATE ORIGINATED:   10/14/02

Page 1

# Children's Hospital
300 Longwood Avenue, Boston, MA 02115                                    Telephone (617) 355-6000

## EMERGENCY DEPARTMENT NOTE

OSORIO, JOB                                                              CH MEDREC#   220-88-81

PHYSICIAN:   Dr. MARK WALTZMAN                                           DATE SEEN:   06/02/02

17 month old male patient with no known illnesses fell out a 2nd story window at home. He was playing and no one saw him fall. He landed on grass. No witness to the fall. EMS found an obvious femur fracture, patient crying appropriately. Moving all extremities.

CURRENT MEDICATIONS: None. ALLERGIES: Denies known allergies. PMH: Noncontributory. IMMUNIZATIONS: Up to date. FAMILY HISTORY: Noncontributory. Last PO = 5:00 pm - 2 hours pta

PE: APPEARANCE: Well nourished, well developed, in no acute distress. VS: T: 37 degrees C degrees C. P: 165. R: 24. BP: 111/77. The patient weighs 25 lbs (11.4 kgs). Oxygen Saturation is 100%. SKIN: Normal skin turgor, no lesions. HEENT: Normocephalic, atraumatic. No pharyngeal erythema or exudate. No stridor. small old healing abrasion to forehead. Face stable, dentition intact. TM's - no hemotympanum NOSE: no septal hematoma NECK - no stepoff, in collar. CHEST: Lungs clear. Normal respiratory effort. Non tender, no crepatance. CARDIOVASCULAR: Normal S1, S2. No rubs, murmurs or gallops. No edema. ABDOMEN: Soft. No tenderness or masses. No hepatosplenomegaly. RECTAL: normal tone, normal prostate, guiac negative. Normal external genitalia no blood. MUSCULOSKELETAL: deformity of left femur, 2+ femoral, radial, and DP pulses bilaterally, normal movement of feet bilaterally. No peripheral cyanosis. NEUROLOGIC: Cranial Nerves: II-XII grossly intact. DTR's: Knees, Ankles 2+ and equal bilaterally; downgoing toes. Sensory: Intact to light touch distally. MENTAL STATUS: Patient alert, oriented x 3 & appropriate.

TREATMENT & COURSE:

Orders: CXR - normal CTL CSpine - - no fracture Pelvis - pelvis normal, midshaft femur fracture with 2cm translocation

CBC - 15   33   362   Chem 7  138  3.7  100  21  17  0.3  150
amy 69 lip 69 UA - 0 rbc

Consults: Consulted with the general surgical service and the orthopedic surgery service.

DISPOSITION/PLAN: Admitted to orthopedic service. Trauma service consultation.

ASSESSMENT:

1. Closed fracture of the left femur. 821.00. 2. Blunt trauma. 867.8.

ATTENDING NOTE: Treated in my presence. I have obtained the history and examined the patient. 17 month old male fell out of a 2nd story window. Not

Page 1

ELECTRONIC COPY - ORIGINAL RESIDES IN THE MEDICAL RECORD

# Children's Hospital
300 Longwood Avenue, Boston, MA 02115

Telephone (617) 355-6000

## EMERGENCY DEPARTMENT NOTE

OSORIO, JOB

CH MEDREC#   220-88-81

PHYSICIAN:   Dr. MARK WALTZMAN

DATE SEEN:   06/02/02

witnessed. Crying at the scene. Transported via EMS. Trauma alert called. Trauma service at bedside upon arrival of patient. Patient crying, on back board with c-spine immobilized. HEENT were normal to my exam. The neck was supple on my examination. The lungs were clear, with no grunting, flaring, or retractions on my examination. Abdomen is soft and nontender throughout. Left thigh with obvious deformity. Back normal trauma evaluation. 20g x 2 placed. Chest and c-spine xrays are normal. Pelvic xray is normal. Left femur + fracture. HCT is normal at 33. Orthopedics consulted. I am admiting to the ortho service for spicca placement.

ELECTRONIC COPY - ORIGINAL RESIDES IN THE MEDICAL RECORD

# Children's Hospital
300 Longwood Avenue, Boston, MA 02115

Telephone (617) 355-6000

## OPERATIVE REPORT

OSORIO, JOB

CH MEDREC# 220-88-81

**SURGEON: Dr. PETER WATERS**

DATE OF OPERATION: 06/11/02

DATE OF SURGERY: 06/11/02

PREOPERATIVE DIAGNOSIS: Displaced femur fracture.

POSTOPERATIVE DIAGNOSIS: Same.

ATTENDING: Peter Waters, M.D.

OPERATION PERFORMED: Closed reduction and application of spica cast.

INDICATION FOR OPERATION: This is a young child who previously suffered a displaced femur fracture treated with closed reduction spica cast application by Dr. Kocher. He was seen yesterday in orthopedic follow-up. He was noted to have a displaced fracture into unacceptable varus and increased overlap that would lead to a malunion and leg length discrepancy. Recommendation made for repeat closed reduction and spica cast application. Reviewed in detail with the family including risks about malunion, leg length discrepancy, loss of motion, function, and strength, and the need to follow this closely.

DESCRIPTION OF PROCEDURE: The patient was placed under the influence of general anesthesia. Once adequate anesthetized, the previous spica cast was removed. The skin was cleansed, but there was no sign of rash or skin breakdown. A short-leg cast was initially applied in neutral position at the ankle. This was followed by a long-leg cast with significant padding over the fibular head, popliteal fossa, and patellar region to prevent any skin breakdown areas.

With this cast application, distraction was applied as well as an extension mold over the anterior thigh and a valgus mold over the lateral thigh at the fracture site. The patient was then positioned into the spica table and a spica cast was applied including the entire affected extremity and the unaffected extremity down to the level of the ankle as the parents state that he was trying to walk on his unaffected leg previously in his cast.

Final radiographs showed acceptable alignment. The patient was roused from anesthesia and taken to the recovery room. Instructions were given in terms of signs of infection, excessive swelling, neurovascular compromise, cast care, follow-up care including reasons for urgent and emergent follow-up.

The plan will be for the patient to return to see Dr. Kocher in two weeks time for repeat AP and lateral radiographs.

Authenticated by the electronic signature of Peter Waters, M.D. on 06/17/02

# Children's Hospital
300 Longwood Avenue, Boston, MA 02115

Telephone (617) 355-6000

## OPERATIVE REPORT

OSORIO, JOB

CH MEDREC#  220-88-81

**SURGEON:** Dr. MININDER KOCHER

DATE OF OPERATION: 06/02/02

DATE OF SURGERY: 6/2/02

PREOPERATIVE DIAGNOSIS: Left femur fracture

POSTOPERATIVE DIAGNOSIS: Same

PROCEDURE: Closed reduction with spica casting left femur fracture

SURGEON: Mininder Kocher, M.D.

ANESTHESIA: General

ESTIMATED BLOOD LOSS: None

COMPLICATIONS: None

INDICATIONS FOR SURGERY: The patient is a 2-year-old male child who fell out of a window. He sustained an isolated femoral shaft fracture. He was felt to be a suitable candidate for closed reduction and spica casting. The risks, benefits and treatment alternatives were discussed with the patient and family, and informed consent was obtained.

DESCRIPTION OF PROCEDURE: The patient was brought into the operating room. General anesthesia was induced. No antibiotics were given. The patient was positioned on the spica table. A Gortex liner and 1 1/2 leg spica cast were applied. Sitting position was used. 90 degrees of knee flexion was used. Traction was applied along the leg. The cast was then applied and a valgus slight extension mold was applied. The cast was trimmed appropriately. The patient tolerated the procedure without complication and was delivered to the PACU in stable condition. The attending surgeon was present for the entire case.

Authenticated by the electronic signature of Mininder S. Kocher, Md on 06/17/02

```
Page 1.
Printed: 24-Mar-2003  10:30 AM

                ***** C O N F I D E N T I A L   D O C U M E N T *****
                        STRICTLY FOR INTERNAL HOSPITAL USE ONLY

================================================================================

MRN: 2208881      Name: JOB D. OSORIO         Birthdate: 01-JUL-00
Date: 14-OCT-02   Description: Femur
================================================================================
```

10/14/02 at 9:39 a.m. VIEWS OF THE LEFT FEMUR

CLINICAL HISTORY: Femur fracture.

VIEWS: AP and lateral views of the left femur were obtained.

FINDINGS: Comparisons are made to previous femur films from 7/22/02.

Again noted is a healing left mid-shaft femur fracture with remodeling. There has been interval removal of casting material.

IMPRESSION: Mid-femoral shaft fracture with healing and remodeling.

508 10/15/02

I, the teaching physician, have reviewed the films, have read and agree with the above findings.
**** end of result ****

***** CONFIDENTIAL DOCUMENT *****

Page 1.
Printed: 24-Mar-2003  10:30 AM

***** C O N F I D E N T I A L   D O C U M E N T *****
STRICTLY FOR INTERNAL HOSPITAL USE ONLY

================================================================

MRN: 2208881     Name: JOB D. OSORIO     Birthdate: 01-JUL-00
Date: 22-JUL-02  Description: Femur
================================================================

LEFT FEMUR, 7/22/02

CLINICAL HISTORY:  Status post reduction of left midshaft femoral fracture.

COMMENT:  Comparison is made with a prior study from 6/24/02.  A fracture of the midshaft of the left femur is noted with a 2.5 cm overlap of the distal fragment, without significant change from the prior study.  There is increased callus formation surrounding the fracture on comparison to the prior study.  The distal fragment is also angulated laterally with respect to the proximal fragment.  The left leg is covered in a plastic cast, limiting evaluation of the soft tissues.

MTC 529, 7/22/02
**** end of result ****

***** CONFIDENTIAL DOCUMENT *****

```
Page 1.
Printed: 24-Mar-2003  10:31 AM

                ***** C O N F I D E N T I A L    D O C U M E N T *****
                        STRICTLY FOR INTERNAL HOSPITAL USE ONLY

==============================================================================

MRN: 2208881      Name: JOB D. OSORIO        Birthdate: 01-JUL-00
Date: 24-JUN-02   Description: Femur
==============================================================================
```

FEMUR, 6/24/02

Comparison is made with the study done on 6/10 and 6/11. There is now callus formation around the left femur fracture in the midshaft. Again seen is the displacement of the distal fracture fragment with one shaft's width displaced medially and approximately 2 cm of foreshortening. Cast obscures some of the bony detail.

MTC 529, 6/24/02
**** end of result ****

***** CONFIDENTIAL DOCUMENT *****

```
Page 1.
Printed: 24-Mar-2003  10:31 AM

                 ***** C O N F I D E N T I A L    D O C U M E N T *****
                         STRICTLY FOR INTERNAL HOSPITAL USE ONLY

==================================================================================

MRN: 2208881       Name: JOB D. OSORIO       Birthdate: 01-JUL-00
Date: 10-JUN-02    Description: Femur
==================================================================================




LEFT FEMUR
Pt
Radiograph shows a fracture in the mid shaft of the left femur
with medial placement of the distal fragment the width of the
shaft.  The previous film from 6/2 was not taken in quite the same
position, but there is a suggestion there may be some change in
the angulation from that previous film.

IMPRESSION:  Post-reduction views of a fracture of the mid shaft
of the left femur.  The distal fragment is medially displaced the
width of the shaft of the femur.  See above.

ckh 6/10/02
**** end of result ****
```

***** CONFIDENTIAL DOCUMENT *****

```
Page 1.
Printed: 24-Mar-2003  10:31 AM

                ***** C O N F I D E N T I A L   D O C U M E N T *****
                      STRICTLY FOR INTERNAL HOSPITAL USE ONLY
==============================================================================

MRN: 2208881       Name: JOB D. OSORIO       Birthdate: 01-JUL-00
Date: 11-JUN-02    Description: Femur - Portable
==============================================================================




PORTABLE FEMUR, 6/11/02

CLINICAL INDICATION:  Spica cast.

FINDINGS:  Portable frontal and lateral views of the left femur
were performed, in comparison with the prior study dated 6/10/02.
Since the prior study, the patient seems to be status post closed
reduction of the previously described displaced mid shaft fracture
of the left femur.  The current study demonstrates more parallel
alignment of the fracture fragments.  There is still 1 shaft's
width medial displacement of the distal fracture fragment.  The
amount of overlap of the fracture fragments has decreased slightly
since the prior study.  There is less varus angulation of the
distal fracture fragment.

ckh 6/17/02
*** end of result ****
```

***** CONFIDENTIAL DOCUMENT *****

Page 1.
Printed: 24-Mar-2003  10:31 AM

***** C O N F I D E N T I A L    D O C U M E N T *****
STRICTLY FOR INTERNAL HOSPITAL USE ONLY
==============================================================================

MRN: 2208881      Name: JOB D. OSORIO       Birthdate: 01-JUL-00
Date: 02-JUN-02   Description: CT Head w/o Contrast
==============================================================================

6/2/02, CT OF THE HEAD

CLINICAL HISTORY:  Fall from 20-feet.

TECHNIQUE: 7 mm axial images were performed through the head.

The ventricles are normal in size and configuration. No focal parenchymal lesions are seen. There is no evidence of intracranial bleed or mass.

Fluid is visualized in the right middle ear cavity, mastoid air cells and in the ethmoid sinuses. No fractures are appreciated.

IMPRESSION: Nonspecific fluid in the ethmoid sinuses and mastoid air cells. No evidence of traumatic intracranial injury.

DICTATED BY DR. KAREN MOELLER.

MTC 529, 6/3/02

I, the teaching physician, have reviewed the examination and agree with the findings.
**** end of result ****

***** CONFIDENTIAL DOCUMENT *****