# Law Offices of Corey C. Shaw

Thirty-Three Kingston Street
Boston, Massachusetts 02111

One Foxhill Drive, Suite 110
Walpole, Massachusetts 02081
508 . 660 . 2772
508 . 660 . 3939 (fax)

Corey C. Shaw
Tina M. Ohlson

**Please Respond to Walpole**

January 11, 2005

Civil Clerk's Office
United States District Court
1 Courthouse Way
Boston, MA 02210

      RE:    **Roger Osorio, Individually and as**
                **parent, guardian and next friend to job Osorio**
      VS:    **Wyndham International, Inc. and Patriot American Hospitality, Inc.**
                **United States District Court Civil Action No.: 04-10901MEL**

Dear Sir or Madam:

      Pursuant to our conversation of yesterday, please be advised that the plaintiff will not be opposing the Defendant's Motions to Compel Medical Records from Children's Hospital and Children's Orthopedic Surgery Foundation.

      Thank you for your attention to this matter.

                                                            Sincerely,

                                                            Corey C. Shaw

CCS/vdn

cc:    Edward B. McGrath, Esq.