UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10901MEL

| | |
|---|---|
| ROGER OSORIO, INDIVIDUALLY AND AS PARENT, GUARDIAN AND NEXT FRIEND TO JOB OSORIO<br>    Plaintiff | )<br>)<br>)<br>)<br>) |
| Vs. | ) |
| WYNDHAM INTERNATIONAL, INC. AND PATRIOT AMERICAN HOSPITALITY INC.<br>    Defendant\Third Party Plaintiff | )<br>)<br>)<br>)<br>) |
| Vs. | )<br>) |
| LINEZK MADURO<br>    Third Party Defendant | )<br>) |

**PARTIES' JOINT MOTION TO MODIFY SCHEDULE OF DISCOVERY AS APPROVED BY THE COURT AT THE SCHEDULING CONFERENCE HELD ON JUNE 30, 2004**

Now come the parties in the above entitled matter and move this Honorable Court to modify the Schedule of Discovery Approved at the Scheduling Conference held June 30, 2004 as follows:

Pursuant to the approved Schedule of Discovery the Fact Witness Depositions were to be completed by May 1, 2005. The defendants have been unable to take the depositions of the plaintiffs or the depositions of the brother and mother of the minor plaintiff, who were with the minor plaintiff at the time of the accident for the following reasons.

The minor plaintiff and the rest of his family have moved from Waltham, Massachusetts to Orlando, Florida to Dallas Texas, and are in the process of moving again and it has been impossible to schedule the depositions; although the defendant's attorney has agreed to travel to the plaintiffs' place of residence for the depositions. The parties respectfully ask this Honorable Court to Order that depositions in this matter may be taken by September 15, 2005.

-2-

The parties further state that no pre-trial conference or other hearing date has been set on this matter and the parties do not believe allowance of this motion will delay the final disposition of this matter.

WHEREFORE, the parties respectfully ask this Honorable Court to Modify the scheduling order as described above.

                                              Wyndham International, Inc. and
                                              Patriot American Hospitality, Inc.
                                              By Their Attorney,

                                              THOMAS B. FARREY, III/#159880
                                              EDWARD B. McGRATH/#547171
                                              Burns & Farrey
                                              150 Federal Street
                                              Boston, MA  02110
                                              Tel. 617/439-4758

Roger Osorio, Individually and
As Parent, Guardian and Next Friend of
Job Osorio
The plaintiffs
By their Attorneys

Corey C. Shaw\#455340
One Foxhill Drive, Suite 110
Walpole, MA  02081
Tel No.: (508) 660-2772

### CERTIFICATE OF SERVICE

    I, THOMAS B. FARREY, III AND/OR EDWARD B. McGRATH, hereby certify that I have this date mailed a copy of the within document, by first class mail, postage prepaid, to **Corey C. Shaw, Esquire, One Foxhill Drive, Suite 110, Walpole, MA  02081.**

Dated: 6/24/05

                                              THOMAS B. FARREY, III
                                              EDWARD B. McGRATH