FEB-17-1996  09:48                                                              P.02/02

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * *
ROGER OSORIO, Individually and as   *
Parent and Next Friend of JOB DAVID *
OSORIO, a minor,                    *
                    Plaintiff       *
                                    *
v.                                  *      CIVIL ACTION NO. 04-10901-MEL
                                    *
WYNDHAM INTERNATIONAL, INC.,        *
and PATRIOT AMERICAN                *
HOSPITALITY, INC.,                  *
                    Defendants      *
* * * * * * * * * * *
```

### NOTICE OF APPEARANCE

Please enter my appearance for the Plaintiff, Roger Osorio, Individually and as Parent and Next Friend of Job David Osorio, a minor.

_____
Gerald F. Blair
The Law Offices of Gerald F. Blair
One Foxhill Drive, Suite 110
Walpole, MA 02081-4406
Tel (508) 660-9599 Fax (508) 660-9555
B.B.O. #044760

TOTAL P.02