UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10901MEL

| | |
|---|---|
| ROGER OSORIO, INDIVIDUALLY and As parent and next friend of JOB DAVID OSORIO<br>    Plaintiff<br><br>vs.<br><br>WYNDHAM INTERNATIONAL, INC. and PATRIOT AMERICAN HOSPITALITY, INC.,<br>    Defendants\Third Party Plaintiffs<br><br>vs.<br><br>LINEZK MADURO<br>    Third Party Defendant | **PETITON FOR APPROVAL OF MINOR SETTLEMENT** |

1) Pursuant to M.G.L.A. 231, § 140C 1/2, the parties petition this Honorable Court to determine that the proposed settlement of this action is in the best interests of Job Osorio, a minor, as represented in this action by his father and next friend, Roger Osorio.

2) In support of this motion, the parties state that the proposed settlement provides for the total payment of Ninety-Five Thousand and 00/100 Dollars ($95,000.00) to the minor, Job Osorio, in full and complete settlement of his claim for damages from Wyndham International, Inc. and Patriot American Hospitality, Inc. for injuries sustained as a result of an incident occurring on or about June 2, 2002, in Waltham, MA.  The defendants are hereby released from any further claims whatsoever brought by Job Osorio, a minor, who brings this action by and through his father and next friend, Roger Osorio, and Roger Osorio, Individually, for the injuries that the plaintiff sustained as a result of said incident. The third party claim has also been resolved as part of the settlement and this concludes the case in its entirety.

3) The proceeds of the settlement will be disbursed as follows:

    a) $694.80 to American Medical Response for outstanding medical bills;

    b) $6,320.00 to Children's Orthopaedic Surgery for outstanding medical bills;

    c) $1,520.00 to CHMC Anesthesia Foundation, Inc. for outstanding medical bills;

    d) $619.00 to Children's Hospital Medical Associates for outstanding medical bills;

    e) $11,602.00 to Children's Hospital for outstanding

    f) $9,116.57 to the Law Offices of Corey C. Shaw as reimbursement for costs and expenses pursuant to the Contingent Fee Agreement;

    g) $31,666.66 to the Law Offices of Corey C. Shaw in payment of the attorney's fees pursuant to the Contingent Fee Agreement; and

    h) $33,460.97 to Roger Osorio as Trustee of the Job David Osorio Irrevocable Trust.

4) Job Osorio reached a medical end result about eighteen months after the date of loss. Orthopedic surgeon Douglas Bentley, M.D., stated that Job Osorio "returned to his normal state of good health without any residual deformity or impairment from this incident."

5) This settlement is in the best interest of Job Osorio, as represented by his father and next friend, Roger Osorio, for the reason that it fully compensates him for the injuries that he has suffered.

WHEREFORE, the parties respectfully ask this Honorable Court to approve the settlement referred to herein.

| | |
|---|---|
| WYNDHAM INTERNATIONAL INC. and PATRIOT AMERICAN HOSPITALITY, INC. <br> The Defendant <br> By its attorneys <br><br> */s/ Edward B. McGrath* <br> THOMAS B. FARREY, III/#159880 <br> EDWARD B. McGRATH/#547171 <br> Burns & Farrey <br> 150 Federal Street, 11th <br> Boston, MA 02110 <br> Tel. No.: (617)439-4758 | ROGER OSORIO, INDIVIDUALLY and As parent and next friend of JOB OSORIO <br> The Plaintiff <br> By his Attorney <br><br> */s/ Corey C. Shaw* <br> COREY C. SHAW\#455340 <br> One Foxhill Drive, Suite 110 <br> Walpole, MA 02081 <br> Tel. No.: (508) 660-2772 <br><br> */s/ Gerald Blair* <br> GERALD BLAIR\#044760 <br> One Foxhill Drive, Suite 110 <br> Walpole, MA 02081 <br> Tel. No.: (508) 660-2772 |

(w-13\#179)